**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH K. WONG, | Case No. CV 24-3442 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COSMETIC TOWN, INC., | |
| Defendant. | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment is hereby entered in favor of plaintiff Deborah K. Wong ("plaintiff") and against defendant Cosmetic Town, Inc. on plaintiff's claim for copyright infringement.

2. Plaintiff shall recover against defendant in the total amount of $3,172.00, consisting of $2,250.00 in statutory copyright damages pursuant to 17 U.S.C. § 504(c), $425.00 in attorney's fees, and $497.00 in costs.

3. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 30th day of October, 2024.

/s/
Fernando M. Olguin
United States District Judge